**FILED**

**DEC 3 0 1998**

LARRY W. PROPES, CLERK
FLORENCE, S. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| The Catawba Indian Tribe of South Carolina a/k/a Catawba Indian Nation, | ) ) ) ) | Civil Action No. 4:97-3000-22 |
| | ) | **O R D E R** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| City of North Myrtle Beach and Horry County, | ) ) ) ) | |

By order of December 28, 1998, this court directed that the Clerk of Court provide notice to the United States Attorney General and the South Carolina Attorney General in accordance with 28 U.S.C. § 2403 that the constitutionality of S.C. Code Ann. § 27-16-110(D) (adopted by Congress as federal law pursuant to 28 U.S.C. § 941b(a) (2)) is at issue in this litigation. Therefore, as an addition to that order, the court hereby orders that, within 30 days of the date of this order, the United States Attorney General and the South Carolina Attorney General shall advise the court, in writing, whether or not the United States or South Carolina desire to intervene. If either Attorney General elects to participate, it is ordered that a memorandum be filed with the court within 60 days of the date of this order setting forth the position of the Attorney General in this matter.

SO ORDERED.

*Cameron McKuwan Currie*
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Florence, South Carolina
December 30, 1998

AO 72A
(Rev.8/82)

59