**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**JAN 2 9 1999**

**LARRY W. PROPES, CLERK**
**FLORENCE, S. C.**

| | | |
|---|---|---|
| The Catawba Indian Tribe of South Carolina a/k/a Catawba Indian Nation, | ) ) ) ) | Civil Action No. 4:97-3000-22 |
| | ) | **O R D E R** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| City of North Myrtle Beach and Horry County, | ) ) ) ) | |

**ENTERED**
**1-29-99**

The State of South Carolina, through the Office of Attorney General, has advised the court in writing that the State will appear and defend the constitutionality of S.C. Code Ann. § 27-16-110(D), as provided by 28 U.S.C. § 2403(b). Accordingly, the State is hereby added as a defendant-intervenor for this purpose.

The amended order of this court dated January 22, 1999, is modified to the extent that the brief of the State (and the Brief of the United States, should it decide to intervene) will be due on April 30, 1999, the same date as the parties' responses to motions for summary judgment.

IT IS SO ORDERED.

CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Florence, South Carolina
January 28, 1999

61